■ NORSTAR BANK, NATIONAL ASSOCIATION, Respondent, v JAMES J. MICHALEK et al., Appellants.—Order unanimously affirmed without costs for reasons stated in decision at Erie County Court, La Mendola, J. (Appeal from Order of Erie County Court, La Mendola, J.—Summary Judgment.) Present —Doerr, J. P., Denman, Green, Balio and Davis, JJ.